PROB 12B
(7/93)

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 19 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Angel Pena-Bahena     Case Number: 0980 2:13CR02010-001

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 20, 2014     Type of Supervision: Supervised Release

Original Offense: Social Security Number Misuse, 42 U.S.C. § 408(A)(7)(B)     Date Supervision Commenced: March 20, 2014

Original Sentence: Prison - 48 D; TSR - 12 M     Date Supervision Expires: March 19, 2015

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

The mandatory drug testing condition is suspended based on the U.S. Probation Office's determination that the defendant poses a low risk of future substance abuse.

## CAUSE

Enclosed is a waiver signed by the defendant agreeing to the above modification of his conditions of supervised release.

Respectfully submitted,

by    s/Jose Vargas

Jose Vargas
U.S. Probation Officer
Date: May 19, 2014

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

5/19/14
Date